E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
TIMOTHY J. SEARIGHT (Cal. Bar No. 151387)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3749
    E-mail:    timothy.searight@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-613-AB |
| Plaintiff, | ORDER SUSPENDING DEFENDANT FROM PARTICIPATION IN THE CASA PROGRAM |
| v. | |
| ANGELICA SILVA, | |
| Defendant. | |

In the above-captioned case, it is hereby ORDERED that the participation of defendant Angelica Silva in the Conviction and Sentence Alternatives ("CASA") program is hereby suspended until further order of this Court.

SO ORDERED.

April 30, 2024
DATE

HONORABLE ANDRÉ BIROTTE JR.
United States District Judge
CASA Program Judicial Officer

CC: PSA, USPO